# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Karl Deleon Murrah (2)

2008 MAR 11  AM 9:10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**WARRANT FOR ARREST**

CASE NUMBER: 08cr0511-002-BEN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Karl Deleon Murrah (2)
                                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:846 and 841(a)(1) - Conspiracy to Distribute Oxycodone and Hydrocodone Bitartrate;
21:841(a)(1) - Distribution of Oxycodone and Hydrocodone Bitartrate;
18:2 - Aiding and Abetting;
21:853(a), and 853(p) - Criminal Forfeiture

RECEIVED FEB 25 A 11:31 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title     See Above     United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Signature of Deputy

Bail fixed at $ _____

DATE 3/6/08
ARRESTED BY DEA / USMS
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

Clerk of the Court
Title of Issuing Officer

February 25, 2008     San Diego, CA
Date and Location

The Honorable William McCurine, Jr.
Name of Judicial Officer

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS "Z"     DEA     3599