**VICTOR MANUEL TORRES**
California Bar No. 140862
406 Ninth Avenue, Ste. 311
San Diego, CA 92101
Tel: (619) 232-8776
Fax: (619) 232-2326

Attorney for Defendant **MURRAH**

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE ROGER T. BENITEZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0511-BEN |
| Plaintiff, | ) ) | DATE: APRIL 21, 2008 |
| vs. | ) ) | TIME: 2:00 P.M. |
| KARL DELEON MURRAH (2), | ) ) | NOTICE OF MOTIONS & MOTIONS: 1) TO COMPEL FURTHER DISCOVERY; & |
| Defendant. | ) ) ) ) ) ) | 2) FOR LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY and
  TIMOTHY F. SALEL, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on April 21, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the Defendant, KARL DELEON MURRAH, by and through his counsel, Victor Manuel Torres, will move this court for orders granting the motions listed below.

# MOTIONS

Defendant, KARL DELEON MURRAH, by and through his counsel Victor Manuel Torres, pursuant to the Federal Rules of Criminal Procedure and all other applicable statutes and local rules for orders:

1) TO COMPEL FURTHER DISCOVERY; &

2) FOR LEAVE TO FILE FURTHER MOTIONS.

These motions are based on the instant motions, the notice of motions, the statement of facts, and the memorandum of points and authorities, the files and records in the above-entitled cause, and any and all other information that may be brought to the court's attention prior to or during the hearing of these motions.

DATED: 04/07/08             Respectfully submitted,

s/ *VICTOR MANUEL TORRES*
VICTOR MANUEL TORRES
Attorney for Mr. MURRAH