# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  )  
           ) CASE NUMBER 08cr508·BEN  
vs          ) ABSTRACT OF ORDER 08cr510·BEN  
           )           08cr511·BEN  
Karl DeLeon Murrah )  Booking No. 42704048  
           )  
           )  

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/25/08__  
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

_____ c.c. judgment Court of Appeals (____ affirming) (____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. Ct orders dft released pending the posting of the Bond & trust deed

JAN M. ADLER  
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk  
by _Rhead Rbrown_ Deputy Clerk

Received _[signature]_ DUSM

Crim-9  (Rev 6-95)               ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY