```
 1  KAREN P. HEWITT
    United States Attorney
 2  TIMOTHY F. SALEL
    Assistant U.S. Attorneys
 3  California State Bar No. 163597
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone No.: (619) 557-6074
    Facsimile No.: (619) 557-3445
 6  E-mail: timothy.salel@usdoj.gov

 7  Attorneys for Plaintiff
    United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0511-BEN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| JOSE JESUS PERUCH SAENZ (1),<br>    aka George,<br>    aka G Unit,<br>KARL DELEON MURRAH (2),<br>RAMOND ANDREW DIZON (3),<br>    aka Andy,<br>MAGGIE MARIA SIEBEN (4)<br>MARK ALAN KOUNTZ (5),<br>MICHAEL SHAUN TRACY (6),<br>JOEL JOSHUA BANNING (7),<br><br>    Defendants. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, Timothy F. Salel, the undersigned Assistant U.S. Attorney, hereby enters my appearance as counsel in the above-captioned case.

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| Timothy F. Salel | 163597 | (619) 557-6074 | timothy.salel@usdoj.gov |

I, Timothy F. Salel, hereby certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

1 | Effective this date, the following Government attorney is no longer associated with this case
2 | and should not receive any further Notices of Electronic Filings relating to activity in this case:

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| None | N/A | N/A | N/A |

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

DATED: June 2, 2008        */S/ TIMOTHY F. SALEL*
TIMOTHY F. SALEL
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE JESUS PERUCH SAENZ (1),<br>  aka George,<br>  aka G Unit,<br>KARL DELEON MURRAH (2),<br>RAMOND ANDREW DIZON (3),<br>  aka Andy,<br>MAGGIE MARIA SIEBEN (4)<br>MARK ALAN KOUNTZ (5),<br>MICHAEL SHAUN TRACY (6),<br>JOEL JOSHUA BANNING (7),<br><br>  Defendants. | Criminal Case No. 08CR0511-BEN<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Timothy F. Salel, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of **NOTICE OF APPEARANCE**, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties at their respective e-mail addresses:

(1)  EZEKIEL E. CORTEZ – Attorney for JOSE JESUS PERUCH SAENZ (1)
     lawforjustice@aol.com

(2)  VICTOR MANUEL TORRES – Attorney for KARL DELEON MURRAH (2)
     lawforvatos@yahoo.com

(3)  SCOTT PACTOR – Attorney for RAMOND ANDREW DIZON (3)
     scottpactor@yahoo.com

(4)  PAUL W. BLAKE – Attorney for MAGGIE MARIA SIEBEN (4)
     paulwblake@cox.net

(5)  CASEY J. DONOVAN, JR. – Attorney for MARK ALAN KOUNTZ (5)
     donovan2donovan@hotmail.com

08CR0511-BEN

1   (6)   BRIAN P. FUNK – Attorney for MICHAEL SHAUN TRACY (6)
          bfunkesq@cs.com

2   (7)   BRIAN J. WHITE – Attorney for JOEL JOSHUA BANNING (7)
          brianjwhite@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 2, 2008                    */S/ TIMOTHY F. SALEL*
                                       TIMOTHY F. SALEL
                                       Assistant U.S. Attorney
                                       E-mail: timothy.salel@usdoj.gov

08CR0511-BEN