| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | TIMOTHY F. SALEL |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 163597 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6074/(619) 557-5915 (Fax) |
|   | Email: timothy.salel@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08CR0511-BEN |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF WITHDRAWAL |
| v. | ) | OF NOTICE OF APPEARANCE |
| | ) | |
| JOSE JESUS PERUCH SAENZ, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    I, the undersigned attorney, hereby files a Notice of Withdrawal of Notice of Appearance, document number 108, which was filed in error in the above-captioned case.

    DATED: September 4, 2008.

                            Respectfully submitted,

                            KAREN P. HEWITT
                            United States Attorney

                            s/ Timothy F. Salel
                            TIMOTHY F. SALEL
                            Assistant United States Attorney

TFS:klb:08cr0511-BEN:Notice of Withdrawal

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0511-BEN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JOSE JESUS PERUCH SAENZ, et al. | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, TIMOTHY F. SALEL AUSA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Ezekiel E. Cortez, Esq.
2. Victor Manuel Torres, Esq.
3. Scott Pactor, Esq.
4. Paul W. Blake, Esq.
5. Casey J. Donovan, Jr., Esq.
6. Brian P. Funk, Esq.
7. Brian J. White, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2008.

s/ Timothy F. Salel
TIMOTHY F. SALEL